UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>SGT. I. PEREZ-PANTOJA,<br><br>        Defendant. | Case No. 22-cv-04460 BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket No. 11) |

Plaintiff, a state inmate filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against an employee at the Salinas Valley State Prison (SVSP). Dkt. No. 1.[1]  On November 2, 2022, the Court found the complaint, liberally construed, stated cognizable claims, and ordered the matter served on Defendant.  Dkt. No. 5. Defendant was directed to file a dipositive motion or notice regarding such motion.  *Id.* Defendant has filed a motion requesting an extension of time to file a motion for summary judgement.  Dkt. No. 11.

Having shown good cause, Defendant's motion is **GRANTED**.  Defendant shall

---

[1] This matter was reassigned to this Court on December 27, 2022.

file a motion for summary judgment **no later than May 3, 2023,** which is an extension of 120 days from the original deadline of January 3, 2023. Plaintiff's opposition to Defendant's motion shall be filed **no later than twenty-eight (28) days** from the date Defendant's motion is filed. Defendant shall file a reply brief no later than **fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates Docket No. 11.

**IT IS SO ORDERED**

Dated: ___January 19, 2023____

BETH LABSON FREEMAN
United States District Judge

Order of Extension of Time to File Motion for Summary Judgment
PRO-SE\BLF\CR.22\04460Clark_eot_MSJ