IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARK CHESTER,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**PEREZ-PANTOJA,**<br><br>                                    Defendants. | Case No. 5:22-cv-04460-BLF<br><br>**ORDER ON DEFENDANT'S *EX PARTE* REQUEST TO TAKE PLAINTIFF'S DEPOSITION REMOTELY** |

   Defendant has filed an *ex parte* application requesting an order permitting Defendant to take the deposition of Plaintiff, housed at California State Prison – Solano, by videoconference.

   Good cause shown, Defendant's *ex parte* application is **GRANTED**.  Defense counsel may take Plaintiff's deposition by any means, including by remote videoconference.

Dated:   ___March 7, 2023____                              _____
                                                                                        The Honorable Beth Labson Freeman