UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK CHESTER,<br><br>    Plaintiff,<br><br>v.<br><br>I. PEREZ-PANTOJA,<br><br>    Defendant. | Case No. 22-cv-04460 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order granting Defendant's motion for summary judgment, this action is DISMISSED with prejudice. Judgment is entered in favor of Defendant.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __December 22, 2023___

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\04460Chester_judgment